Motion denied, with $10 costs.

---

CHICAGO & E. I. R. CO. v. CENTRAL TRUST CO. OF NEW YORK.

(Supreme Court, Appellate Division, First Department. June 9, 1899.) ·

SUBMISSION ON AGREED FACTS—ADMISSIONS.

   Submission, under the Code of Civil Procedure, on agreed facts, must be dismissed; it being provided therein that "none of the admissions herein contained are in any wise to affect either party or to be regarded as made except for the purpose of this controversy upon the foregoing statement," while admissions therein must have all the effect which they could have if in pleadings and a judgment thereon.

Submission, under the Code of Civil Procedure, of a controversy, on agreed facts, between the Chicago & Eastern Illinois Railroad Company, as plaintiff, and the Central Trust Company of New York, as defendant. Dismissed.

Argued before McLAUGHLIN, PATTERSON, O'BRIEN, and INGRAHAM, JJ. ·

W. H. Lyford, for plaintiff.
Adrian H. Johnson, for defendant.

PER CURIAM. The submission in this case must be dismissed. The provision contained in the submission that "none of the admissions herein contained are in any wise to affect either party or to be regarded as made except for the purpose of this controversy upon the foregoing statement" is not permissible under the Code. A submission upon an agreed state of facts becomes an action, and admissions contained in the case must necessarily have all the effect which admissions contained in pleadings and a judgment thereon could possibly have.

The proceedings should be dismissed.